UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LA'RISSA BRYANT-COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PARKVIEW HOSPITAL, INC., et al.,<br><br>Defendants. | Case No. 1:23-CV-406-CCB-SLC |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 44] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

October 15, 2024

                                               /s/*Cristal C. Brisco*
                                               CRISTAL C. BRISCO, JUDGE
                                               UNITED STATES DISTRICT COURT